# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 29, 2026

Lyle W. Cayce
Clerk

————————

No. 25-50688
Summary Calendar

————————

Desiree Lee Saltkill,

*Plaintiff—Appellant*,

*versus*

Cavender Toyota; Toyota Motor Credit Corporation,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-390

_____

Before Davis, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Desiree Lee Saltkill, proceeding pro se, appeals the district court's dismissal of her complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). On de novo review, *see Hernandez v. W. Tex. Treasures Est. Sales, L.L.C.*, 79 F.4th 464, 469 (5th Cir. 2023), we find that her suit is patently frivolous. The district court correctly determined that Saltkill's personally-

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50688

created bill of exchange was not a legitimate form of payment to satisfy her debt for the purchase of a vehicle and properly dismissed her suit with prejudice and without leave to amend, *see Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *George v. SI Grp., Inc.*, 36 F.4th 611, 619 (5th Cir. 2022); *Mendoza-Tarango v. Flores*, 982 F.3d 395, 402 (5th Cir. 2020). Saltkill is WARNED that further frivolous or otherwise abusive filings will result in sanctions, which may include restrictions on her ability to file pleadings in this Court and any other court within this Court's jurisdiction.

AFFIRMED.